# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| ALICIA ANDERSON,<br><br>　　Plaintiff,<br><br>v.<br><br>LLOYD & MCDANIEL, PLC,<br>individually and as successor<br>to other Cooling & Winter, LLC,<br><br>　　Defendant. | CV 224-015 |

### ORDER

Before the Court is Plaintiff Alicia Anderson's notice of voluntary dismissal, dkt. no. 6, wherein she notifies the Court that she wishes to voluntarily dismiss this action with prejudice. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all of Plaintiff's claims against Defendant Lloyd & McDaniel, PLC, are **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 2 day of July, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA